AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Rodney E. Wall | ) | |
|---|---|---|
| *Petitioner* | ) | |
| v. | ) | Civil Action No.  2:10-cv-3205-CMC |
| United States of America; John Owens | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Robert S. Carr are adopted and incorporated. This petition is dismissed without prejudice and without requiring Respondents to file a return. The petitioner shall take nothing on his petition filed pursuant to Title U.S.C § 2241.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.

Date:   February 22, 2011                          *CLERK OF COURT*   Larry W. Propes

                                                                  S/H. Hillman
                                                        *Signature of Clerk or Deputy Clerk*